BONNIE GLATZER, State Bar No. 147804
bglatzer@nixonpeabody.com
MATTHEW J. FRANKEL, State Bar No. 256633
mfrankel@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS, and
THE PERMANENTE MEDICAL GROUP

ANDREW H. BAKER, State Bar No. 104197
abaker@beesontayer.com
BEESON, TAYER & BODINE, APC
1404 Franklin Street, 5th Floor
Oakland, CA 94612-3208
Telephone: (510) 625-9700
Fax: (510) 625-8275

Attorneys for Plaintiff
ENGINEERS AND SCIENTISTS OF CALIFORNIA, IFPTE LOCAL 20

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENGINEERS AND SCIENTISTS OF CALIFORNIA, IFPTE LOCAL 20,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and the KAISER PERMANENTE MEDICAL GROUPS,<br><br>Defendants. | Case No. C09-02598 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND SETTING BRIEFING SCHEDULE** |

/ / /

/ / /

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND SETTING BRIEFING SCHEDULE – CASE NO. C09-02598 CRB**

12851604.1

Pursuant to Civil Local Rules 6-2 and 7-12, Defendants KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and THE PERMANENTE MEDICAL GROUP (collectively, "Defendants") and Plaintiff ENGINEERS AND SCIENTISTS OF CALIFORNIA, IFPTE LOCAL 20 ("Plaintiff") hereby stipulate and request that the Court enter a scheduling order as follows:

1. A hearing on Defendants' Rule 12(b)(6) Motion to Dismiss and the initial Case Management Conference in this matter was held on October 30, 2009. At that hearing, and pursuant to the Minute Order issued immediately thereafter, the Court set a hearing on the Parties' Cross-Motions for Summary Judgment for February 12, 2010, at 10:00 a.m., and directed the Parties to work out a briefing schedule.

2. At the October 30th hearing and in subsequent discussions with Plaintiff's counsel, Defendants reserved the right to conduct discovery, including a limited number of depositions, prior to the filing date for the Cross-Motions for Summary Judgment.

3. On November 11, 2009, Defendant Kaiser Foundation Hospitals propounded a set of interrogatories to Plaintiff. On or about December 9, 2008, pursuant to agreement, the Parties exchanged Rule 26 Initial Disclosures. On or about December 23, 2009, Defendants' counsel received Plaintiff's responses to the interrogatories served on November 11th.

4. On January 5, 2010, Defendants' counsel notified Plaintiff's counsel that Defendants wished to take the deposition of two of the witnesses identified by Plaintiff in its responses to interrogatories, Michael Aidan and Bill Robotka. The Parties, through counsel, have conferred regarding potential dates for these depositions, and have tentatively agreed to hold Mr. Aidan's deposition on January 25, 2010. The parties have not reached tentative agreement on a date for Mr. Robotka's deposition but agree (if Defendants choose to proceed with the deposition) that it will be held no later than February 3, 2010.

5. In light of the foregoing, the Parties respectfully request that the Court continue the hearing date for their Cross-Motions for Summary Judgment and adopt the agreed-to briefing schedule in connection therewith, as follows:

2

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND SETTING BRIEFING SCHEDULE – CASE NO. C09-02598 CRB**

12851604.1

1 § Filing of Cross-Motions for Summary Judgment: February 12, 2010
2 § Filing of respective Oppositions: March 5, 2010
3 § Hearing on Cross-Motions for Summary Judgment: March 26, 2010

6. The foregoing proposed schedule accounts for counsel's planned vacation and unavailability for other earlier Friday hearing dates.

7. The foregoing proposed schedule will result in only a relatively short six-week continuance of the hearing on Cross-Motions for Summary Judgment, will permit the completion of necessary discovery and the submission of a more complete record to the Court, and will not prejudice any Party.

8. For the reasons stated above, the Parties' respectfully request that the Court enter this Stipulation and [Proposed] Order.

Respectfully submitted,

DATED: January 14, 2010      BEESON, TAYER & BODINE, APC

By: /s/ *Andrew H. Baker*_____
ANDREW H. BAKER
Attorneys for Plaintiff
ENGINEERS AND SCIENTISTS OF
CALIFORNIA, IFPTE LOCAL 20

DATED: January 14, 2010      NIXON PEABODY LLP

By: /s/ *Matthew J. Frankel*_____
BONNIE GLATZER
MATTHEW J. FRANKEL
Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS, and
THE PERMANENTE MEDICAL GROUP

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ___Jan. 19, 2010_____    _____
U.S. District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

3

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND SETTING BRIEFING SCHEDULE – CASE NO. C09-02598 CRB**