1   BONNIE GLATZER, State Bar No. 147804
    bglatzer@nixonpeabody.com
2   MATTHEW J. FRANKEL, State Bar No. 256633
    mfrankel@nixonpeabody.com
3   NIXON PEABODY LLP
    One Embarcadero Center, 18th Floor
4   San Francisco, California 94111-3600
    Telephone: (415) 984-8200
5   Fax: (415) 984-8300

6   Attorneys for Defendants
    KAISER FOUNDATION HEALTH PLAN, INC.,
7   KAISER FOUNDATION HOSPITALS, and
    THE PERMANENTE MEDICAL GROUP

8

9   ANDREW H. BAKER, State Bar No. 104197
    abaker@beesontayer.com
10  BEESON, TAYER & BODINE, APC
    1404 Franklin Street, 5th Floor
11  Oakland, CA 94612-3208
    Telephone: (510) 625-9700
12  Fax: (510) 625-8275

13  Attorneys for Plaintiff
    ENGINEERS AND SCIENTISTS OF CALIFORNIA, IFPTE LOCAL 20

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

18  ENGINEERS AND SCIENTISTS OF            Case No. C09-02598 CRB
    CALIFORNIA, IFPTE LOCAL 20,
19                                         **STIPULATION AND [PROPOSED] ORDER**
                            Plaintiff,     **CONTINUING HEARING ON CROSS-**
20                                         **MOTIONS FOR SUMMARY JUDGMENT**
        v.                                 **AND SETTING BRIEFING SCHEDULE**
21
    KAISER FOUNDATION HEALTH PLAN,
22  INC., KAISER FOUNDATION HOSPITALS,
    and the KAISER PERMANENTE MEDICAL
23  GROUPS,

24                          Defendants.

25

26  / / /

27  / / /

28

Pursuant to Civil Local Rules 6-2 and 7-12, Defendants KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and THE PERMANENTE MEDICAL GROUP (collectively, "Defendants") and Plaintiff ENGINEERS AND SCIENTISTS OF CALIFORNIA, IFPTE LOCAL 20 ("Plaintiff") hereby stipulate and respectfully request that the Court enter a new scheduling order, as follows:

1. On January 14, 2010, the Parties executed and filed Stipulation and [Proposed] Order Continuing Hearing on Cross-Motions for Summary Judgment and Setting Briefing Schedule ("January 14th Stipulation"). The briefing and hearing dates set forth in the January 14th Stipulation were premised upon the Defendants' ability to take the depositions of Michael Aidan and Bill Robotka (fact witnesses identified by Plaintiff in its interrogatory responses) sufficiently in advance of the filing date on Cross-Motions for Summary Judgment.

2. The Court entered the January 14th Stipulation on January 20, 2010.

3. Following execution and filing of the January 14th Stipulation, the Parties, through counsel, continued their discussions regarding scheduling the depositions of Messrs. Aidan and Robotka. During these discussions, Defendants indicated that they would not be able to conduct the depositions of Messrs. Aidan and Robtoka by the dates set forth in paragraph 4 of the January 14th Stipulation. The depositions have not yet gone forward. However, the Parties anticipate that, if necessary, the depositions will go forward during February or early March, 2010, if necessary.

4. Additionally, the parties are currently engaged in settlement discussions that, if successful, may result in the dismissal of this case. The parties therefore wish to avoid the significant effort and expense of preparing potentially unnecessary summary judgment papers pending the outcome of these settlement discussions.

5. Accordingly, the Parties respectfully request that the Court continue the hearing date for their Cross-Motions for Summary Judgment (currently March 26, 2010) and adopt the extended agreed-to briefing schedule in connection therewith, as follows:

Filing of Cross-Motions for Summary Judgment: March 26, 2010

Filing of respective Oppositions: April 9, 2010

2

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND SETTING BRIEFING SCHEDULE – CASE NO. C09-02598 CRB

12861001.1

Hearing on Cross-Motions for Summary Judgment: April 23, 2010

      6.       The foregoing proposed schedule accounts for counsel's planned vacation and unavailability for other earlier Friday hearing dates, will result in a four-week continuance of the hearing on Cross-Motions for Summary Judgment, will permit the Parties to continue settlement discussions, will (in the absence of settlement) permit the completion of necessary discovery and the submission of a more complete record to the Court, and will not prejudice any Party.

      7.       For the reasons stated above, the Parties' respectfully request that the Court enter this Stipulation and [Proposed] Order.

                                              Respectfully submitted,

DATED:      February 5, 2010      BEESON, TAYER & BODINE, APC

                                      By: /s/ *Andrew H. Baker*
                                            ANDREW H. BAKER
                                          Attorneys for Plaintiff
                                          ENGINEERS AND SCIENTISTS OF
                                          CALIFORNIA, IFPTE LOCAL 20

DATED:      February 5, 2010      NIXON PEABODY LLP

                                      By: /s/ *Matthew J. Frankel*
                                            BONNIE GLATZER
                                          MATTHEW J. FRANKEL
                                          Attorneys for Defendants
                                          KAISER FOUNDATION HEALTH PLAN, INC.,
                                          KAISER FOUNDATION HOSPITALS, and
                                          THE PERMANENTE MEDICAL GROUP

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _February 16, 2010_____

_____
U.S. District Judge Charles R. Breyer

IT IS SO ORDERED

*Judge Charles R. Breyer*

3