1  BONNIE GLATZER, State Bar No. 147804
   bglatzer@nixonpeabody.com
2  MATTHEW J. FRANKEL, State Bar No. 256633
   mfrankel@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
4  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
5  Fax: (415) 984-8300

6  Attorneys for Defendants
   KAISER FOUNDATION HEALTH PLAN, INC.,
7  KAISER FOUNDATION HOSPITALS, and
   THE PERMANENTE MEDICAL GROUP

9  ANDREW H. BAKER, State Bar No. 104197
   abaker@beesontayer.com
10 BEESON, TAYER & BODINE, APC
   1404 Franklin Street, 5th Floor
11 Oakland, CA  94612-3208
   Telephone: (510) 625-9700
12 Fax: (510) 625-8275

13 Attorneys for Plaintiff
   ENGINEERS AND SCIENTISTS OF CALIFORNIA, IFPTE LOCAL 20

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ENGINEERS AND SCIENTISTS OF CALIFORNIA, IFPTE LOCAL 20, | Case No. C09-02598 CRB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND SETTING BRIEFING SCHEDULE** |
| v. | |
| KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and the KAISER PERMANENTE MEDICAL GROUPS, | |
| Defendants. | |

/ / /

/ / /

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND SETTING BRIEFING SCHEDULE – CASE NO. C09-02598 CRB**

12861001.1

Pursuant to Civil Local Rules 6-2 and 7-12, Defendants KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and THE PERMANENTE MEDICAL GROUP (collectively, "Defendants") and Plaintiff ENGINEERS AND SCIENTISTS OF CALIFORNIA, IFPTE LOCAL 20 ("Plaintiff") hereby stipulate and respectfully request that the Court enter a new scheduling order, as follows:

1. On January 14, 2010, the Parties executed and filed Stipulation and [Proposed] Order Continuing Hearing on Cross-Motions for Summary Judgment and Setting Briefing Schedule ("January 14th Stipulation"). The briefing and hearing dates set forth in the January 14th Stipulation were premised upon the Defendants' ability to take the depositions of Michael Aidan and Bill Robotka (fact witnesses identified by Plaintiff in its interrogatory responses) sufficiently in advance of the filing date on Cross-Motions for Summary Judgment.

2. The Court entered the January 14th Stipulation on January 20, 2010.

3. Following execution and filing of the January 14th Stipulation, the Parties, through counsel, continued their discussions regarding scheduling the depositions of Messrs. Aidan and Robotka. During these discussions, Defendants indicated that they would not be able to conduct the depositions of Messrs. Aidan and Robtoka by the dates set forth in paragraph 4 of the January 14th Stipulation. The depositions have not yet gone forward. However, the Parties anticipate that, if necessary, the depositions will go forward during February or early March, 2010, if necessary.

4. Additionally, the parties are currently engaged in settlement discussions that, if successful, may result in the dismissal of this case. The parties therefore wish to avoid the significant effort and expense of preparing potentially unnecessary summary judgment papers pending the outcome of these settlement discussions.

5. Accordingly, the Parties respectfully request that the Court continue the hearing date for their Cross-Motions for Summary Judgment (currently March 26, 2010) and adopt the extended agreed-to briefing schedule in connection therewith, as follows:

    Filing of Cross-Motions for Summary Judgment: March 26, 2010

    Filing of respective Oppositions: April 9, 2010

2

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND SETTING BRIEFING SCHEDULE – CASE NO. C09-02598 CRB

12861001.1

Hearing on Cross-Motions for Summary Judgment: April 23, 2010

6. The foregoing proposed schedule accounts for counsel's planned vacation and unavailability for other earlier Friday hearing dates, will result in a four-week continuance of the hearing on Cross-Motions for Summary Judgment, will permit the Parties to continue settlement discussions, will (in the absence of settlement) permit the completion of necessary discovery and the submission of a more complete record to the Court, and will not prejudice any Party.

7. For the reasons stated above, the Parties' respectfully request that the Court enter this Stipulation and [Proposed] Order.

Respectfully submitted,

DATED: February 5, 2010        BEESON, TAYER & BODINE, APC

By: /s/ *Andrew H. Baker*
ANDREW H. BAKER
Attorneys for Plaintiff
ENGINEERS AND SCIENTISTS OF
CALIFORNIA, IFPTE LOCAL 20

DATED: February 5, 2010        NIXON PEABODY LLP

By: /s/ *Matthew J. Frankel*
BONNIE GLATZER
MATTHEW J. FRANKEL
Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS, and
THE PERMANENTE MEDICAL GROUP

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __February 16, 2010_____        _____
U.S. District Judge Charles R. Breyer

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California*

3

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND SETTING BRIEFING SCHEDULE – CASE NO. C09-02598 CRB**