1  BONNIE GLATZER, State Bar No. 147804
   bglatzer@nixonpeabody.com
2  MATTHEW J. FRANKEL, State Bar No. 256633
   mfrankel@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
4  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
5  Fax: (415) 984-8300

6  Attorneys for Defendants
   KAISER FOUNDATION HEALTH PLAN, INC.,
7  KAISER FOUNDATION HOSPITALS, and
   THE PERMANENTE MEDICAL GROUP

8

9  ANDREW H. BAKER, State Bar No. 104197
   abaker@beesontayer.com
10 BEESON, TAYER & BODINE, APC
   1404 Franklin Street, 5th Floor
11 Oakland, CA  94612-3208
   Telephone: (510) 625-9700
12 Fax: (510) 625-8275

13 Attorneys for Plaintiff
   ENGINEERS AND SCIENTISTS OF CALIFORNIA, IFPTE LOCAL 20
14

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17

18 | ENGINEERS AND SCIENTISTS OF | Case No. C09-02598 CRB |
   | CALIFORNIA, IFPTE LOCAL 20, | |
19 | | **STIPULATION AND [PROPOSED] ORDER** |
   | Plaintiff, | **REGARDING CASE MANAGEMENT** |
20 | | |
   | v. | |
21 | | |
   | KAISER FOUNDATION HEALTH PLAN, | |
22 | INC., KAISER FOUNDATION HOSPITALS, | |
   | and the KAISER PERMANENTE MEDICAL | |
23 | GROUPS, | |
   | | |
24 | Defendants. | |

25

26 / / /

27 / / /

28

---

Pursuant to Civil Local Rules 6-2 and 7-12, Defendants KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and THE PERMANENTE MEDICAL GROUP (collectively, "Defendants") and Plaintiff ENGINEERS AND SCIENTISTS OF CALIFORNIA, IFPTE LOCAL 20 ("Plaintiff") hereby stipulate and respectfully request that the Court enter a new scheduling order, as follows:

1.      At a hearing in this matter on October 30, 2009, the Court initially set a hearing on the Parties' Cross-Motions for Summary Judgment ("Cross-MSJs") for February 12, 2010 and directed the Parties to work out a briefing schedule.

2.      The Parties subsequently submitted two stipulations extending the hearing date for the Cross-MSJs and setting briefing schedules accordingly.

3.      The first such stipulation, dated and filed January 14, 2010, and entered by the Court on January 20, 2010, was primarily premised upon the Defendants' ability to take the depositions of Michael Aidan and Bill Robotka (fact witnesses identified by Plaintiff in its interrogatory responses) sufficiently in advance of the filing date on Cross-Motions for Summary Judgment.  It set briefing due dates of February 12 and March 5, 2010, and a hearing date of March 26, 2010.

4.      The second such stipulation, dated and filed February 5, 2010, and entered by the Court on February 16, 2010, was primarily based on the Parties' ongoing engagement in settlement discussions that could result in the dismissal of this case and the Parties' desire to avoid the significant effort and expense of preparing potentially unnecessary summary judgment papers pending the outcome of these settlement discussions.  The Parties also noted that the depositions of Messrs. Aidan and Robotka had not gone forward.  The February 5th Stipulation set briefing due dates of March 26 and April 9, 2010, and a hearing date of April 23, 2010.

5.      Since February 5, 2010, the Parties have continued to engage in serious and productive settlement discussions and are optimistic that settlement can be reached in the near future, which would obviate the need to for the Parties to prepare, and the Court to rule on, Cross-MSJs. Additionally, the depositions referred to above have not gone forward.  The Parties continue to wish

STIPULATION AND [PROPOSED] ORDER REGARDING
CASE MANAGEMENT – CASE NO. C09-02598 CRB

12939496.1

1    to avoid the significant effort and expense of these depositions and preparing potentially unnecessary

2    summary judgment papers pending the outcome of ongoing settlement discussions.

3         6.      Accordingly, the Parties respectfully request that the Court cancel the hearing date for

4    their Cross-MSJs and related briefing due dates, and, instead, order the Parties to submit a joint status

5    report in approximately one month, *i.e.*, on April 30, 2010, updating the Court on (a) whether

6    settlement has been reached; (b) if not, whether productive settlement discussions are continuing;

7    and/or (c) whether a Cross-MSJ briefing and hearing schedule should be re-set and, if so, proposed

8    dates for the same.

9         7.      If the Parties reach settlement and/or agree to dismiss the case before April 30, 2010,

10   the Parties will immediately file papers notifying the Court of settlement and/or dismissing the case,

11   as appropriate.

12        8.      Entry of this Stipulation and [Proposed] Order will permit the Parties to continue

13   ongoing and productive settlement discussions, will (in the absence of settlement) permit the

14   completion of necessary discovery and the submission of a more complete record to the Court, will

15   not prejudice any Party, and will avoid potentially unnecessary depletion of the Court's time and

16   resources.

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28

**STIPULATION AND [PROPOSED] ORDER REGARDING
CASE MANAGEMENT – CASE NO. C09-02598 CRB**

12939496.1

1       9.      For the reasons stated above, the Parties' respectfully request that the Court enter this

2   Stipulation and [Proposed] Order.

4                        Respectfully submitted,

5   DATED:     March 25, 2010       BEESON, TAYER & BODINE, APC

7                        By:  */s/ Andrew H. Baker*_____
                            ANDREW H. BAKER

8                            Attorneys for Plaintiff
                            ENGINEERS AND SCIENTISTS OF

9                            CALIFORNIA, IFPTE LOCAL 20

10  DATED:     March 25, 2010       NIXON PEABODY LLP

12                      By:  */s/ Matthew J. Frankel*_____
                            BONNIE GLATZER

13                            MATTHEW J. FRANKEL
                            Attorneys for Defendants

14                            KAISER FOUNDATION HEALTH PLAN, INC.,
                            KAISER FOUNDATION HOSPITALS, and

15                            THE PERMANENTE MEDICAL GROUP

17       I hereby certify, under penalty of perjury under the laws of the United States, that I have

18  received permission from Andrew H. Baker to affix his electronic signature hereto and to e-file this

19  document.

20                        */s/ Matthew J. Frankel*_____

21                        Matthew J. Frankel
                        Attorney for Defendants

24  PURSUANT TO STIPULATION, IT IS SO ORDERED.

26  DATED: __March 30, 2010_____

                                _____

27                          U.S. Distric

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

4