BONNIE GLATZER, State Bar No. 147804
bglatzer@nixonpeabody.com
MATTHEW J. FRANKEL, State Bar No. 256633
mfrankel@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS, and
THE PERMANENTE MEDICAL GROUP

ANDREW H. BAKER, State Bar No. 104197
abaker@beesontayer.com
BEESON, TAYER & BODINE, APC
1404 Franklin Street, 5th Floor
Oakland, CA  94612-3208
Telephone: (510) 625-9700
Fax: (510) 625-8275

Attorneys for Plaintiff
ENGINEERS AND SCIENTISTS OF CALIFORNIA, IFPTE LOCAL 20

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENGINEERS AND SCIENTISTS OF CALIFORNIA, IFPTE LOCAL 20,<br><br>             Plaintiff,<br><br>    v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and the KAISER PERMANENTE MEDICAL GROUPS,<br><br>             Defendants. | Case No. C09-02598 CRB<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER** |

/ / /

/ / /

Pursuant to Civil Local Rules 6-2 and 7-12, and the Court's Order dated March 31, 2010, Defendants KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and THE PERMANENTE MEDICAL GROUP (collectively, "Defendants") and Plaintiff ENGINEERS AND SCIENTISTS OF CALIFORNIA, IFPTE LOCAL 20 ("Plaintiff") hereby submit the following joint status report:

The parties have reached agreement on basic settlement terms. Counsel for the parties are in the process of drafting a full and final settlement agreement that will result in the dismissal of this case with prejudice. The parties will submit a request for dismissal pursuant to the terms of the settlement as soon as possible. The parties request that the Court set another joint status report filing date for June 30, 2010.

Respectfully submitted,

DATED: April 29, 2010      BEESON, TAYER & BODINE, APC

By: */s/ Andrew H. Baker*
    ANDREW H. BAKER
    Attorneys for Plaintiff
    ENGINEERS AND SCIENTISTS OF
    CALIFORNIA, IFPTE LOCAL 20

DATED: April 29, 2010      NIXON PEABODY LLP

By: */s/ Matthew J. Frankel*
    BONNIE GLATZER
    MATTHEW J. FRANKEL
    Attorneys for Defendants
    KAISER FOUNDATION HEALTH PLAN, INC.,
    KAISER FOUNDATION HOSPITALS, and
    THE PERMANENTE MEDICAL GROUP

/ / /

/ / /

/ / /

/ / /

/ / /

I hereby certify, under penalty of perjury under the laws of the United States, that I have received permission from Andrew H. Baker to affix his electronic signature hereto and to e-file this document.

                                        */s/ Matthew J. Frankel*
                                        Matthew J. Frankel
                                        Attorney for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __April 30, 2010_____   _____
                                                      U.S. District Judge Charles R. Breyer

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, Judge Charles R. Breyer]*

**JOINT STATUS REPORT – CASE NO. C09-02598 CRB**    12980285.1