BONNIE GLATZER, State Bar No. 147804
bglatzer@nixonpeabody.com
MATTHEW J. FRANKEL, State Bar No. 256633
mfrankel@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS, and
THE PERMANENTE MEDICAL GROUP

ANDREW H. BAKER, State Bar No. 104197
abaker@beesontayer.com
BEESON, TAYER & BODINE, APC
1404 Franklin Street, 5th Floor
Oakland, CA  94612-3208
Telephone: (510) 625-9700
Fax: (510) 625-8275

Attorneys for Plaintiff
ENGINEERS AND SCIENTISTS OF CALIFORNIA, IFPTE LOCAL 20

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENGINEERS AND SCIENTISTS OF CALIFORNIA, IFPTE LOCAL 20,<br><br>          Plaintiff,<br><br>     v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and the KAISER PERMANENTE MEDICAL GROUPS,<br><br>          Defendants. | Case No. C09-02598 CRB<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND ~~[PROPOSED]~~ ORDER**<br><br>**[F.R.C.P. 41(a)(1)]** |

/ / /

/ / /

**JOINT STATUS REPORT – CASE NO. C09-02598 CRB**

13029576.1

IT IS HEREBY STIPULATED by and between Plaintiff ENGINEERS AND SCIENTISTS OF CALIFORNIA, IFPTE LOCAL 20, on the one hand, and Defendants KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and THE PERMANENTE MEDICAL GROUP, on the other hand, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

DATED:   June 21, 2010         BEESON, TAYER & BODINE, APC

By: */s/ Andrew H. Baker*
    ANDREW H. BAKER
    Attorneys for Plaintiff
    ENGINEERS AND SCIENTISTS OF
    CALIFORNIA, IFPTE LOCAL 20

DATED:   June 21, 2010         NIXON PEABODY LLP

By: */s/ Matthew J. Frankel*
    BONNIE GLATZER
    MATTHEW J. FRANKEL
    Attorneys for Defendants
    KAISER FOUNDATION HEALTH PLAN, INC.,
    KAISER FOUNDATION HOSPITALS, and
    THE PERMANENTE MEDICAL GROUP

I hereby certify, under penalty of perjury under the laws of the United States, that I have received permission from Andrew H. Baker to affix his electronic signature hereto and to e-file this document.

*/s/ Matthew J. Frankel*
Matthew J. Frankel
Attorney for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   June 21, 2010         _____
                              U.S. District Judge
                              Judge Charles R. Breyer

IT IS SO ORDERED.

2

JOINT STATUS REPORT – CASE NO. C09-02598 CRB                                   3029576.1